```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09142
   IVON A IVANS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-9521


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/18/07 .

     2.  The case was dismissed without confirmation, 10/05/2007.

     3.  The Debtor paid a total of $     85.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
ANDERSON FINANCIAL NETWO   UNSECURED        NOT FILED           .00            .00
ALLIED INTERSTATE          UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED        NOT FILED           .00            .00
BUR COL RECO               UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO            UNSECURED        NOT FILED           .00            .00
IL STATE TOLL HWY AUTHOR   UNSECURED        NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED        NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE     UNSECURED        NOT FILED           .00            .00
DIRECT LOAN SERVICING CE   UNSECURED        NOT FILED           .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00          .00         .00           .00
PRINCIPAL PAID            .00          .00          .00         .00           .00
INTEREST PAID             .00          .00          .00         .00           .00
TOTAL PAID                .00          .00          .00         .00           .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $    3500.00
and was paid $     16.00  direct and $      81.17  through the plan.

The Trustee received $      3.83 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/14/07                       /S/
```

```
                        GLENN STEARNS
                        CHAPTER 13 TRUSTEE




                             PAGE  2
        CASE NO. 07 B 09142 IVON A IVANS
```